IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOHN E. BEAM,                                                        PLAINTIFF

v.                                              Civil Action No.: 3:04CV89-NBB-SAA

JO ANNE B. BARNHART,
Commissioner of Social Security,                                   DEFENDANT

## FINAL JUDGMENT

Upon consideration of the file and records in this case, the court finds that the Report and

Recommendation of the United States Magistrate Judge dated May 26, 2005, was on that date duly

served upon counsel of record; that more than ten days have elapsed since service of said Report and

Recommendation; and that no objection thereto has been filed or served by any party.  The court is of

the opinion that the Report and Recommendation should be approved and adopted as the opinion of

the court.

It is, therefore,

**ORDERED:**

1.      That the Report and Recommendation of the United States Magistrate Judge dated

May 26, 2005, be, and it is hereby, approved and adopted as the opinion of the court, and that the

proposed findings of fact and conclusions of law therein set out be, and they are hereby, adopted as

the findings of fact and conclusions of law of the court.

2.      That the final decision of the Commissioner of Social Security shall be, and it is

hereby, reversed, and this case is remanded to the Commissioner for further consideration in

accordance with the Report and Recommendation of the magistrate judge and this final judgment.

SO ORDERED, this, the 26th day of July, 2005.

/s/ Neal Biggers

_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**